**JILL WILLIAMS – State Bar No. 221793**
**SCOTT J. CARPENTER – State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**jwilliams@crdlaw.com / scarpenter@crdlaw.com**

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  2:20-cv-1527-DSF-KSx<br><br>**[Proposed] ORDER CONTINUING CONTINUE STATUS CONFERENCE RE SETTLEMENT**<br><br>**Current Date:**<br>Date: May 20, 2024<br>Time: 11:00 a.m.<br>Courtroom: 7<br><br>**[Proposed] Continued Date:**<br>Date: October 28, 2024<br>Time: 11:00 a.m.<br>Courtroom: 7 |

IT IS HEREBY ORDERED, following stipulation of counsel, that the Status Conference re: Settlement is continued from May 20, 2024, to October 28, 2024, to allow the parties additional time to finalize the settlement.

IT IS SO ORDERED.


DATED: _____                _____

                                       Honorable Dale S. Fischer

                                       United States District Judge