JILL WILLIAMS – State Bar No. 221793
SCOTT J. CARPENTER – State Bar No. 253339
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>      Plaintiffs,<br>v.<br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.:  2:20-cv-1527-DSF-KSx<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE RE SETTLEMENT**<br><br>**Current Date:**<br>Date: October 28, 2024<br>Time: 11:00 a.m.<br>Courtroom: 7<br><br>**[Proposed] Continued Date:**<br>Date: February 24, 2025<br>Time: 11:00 a.m.<br>Courtroom: 7 |

    IT IS HEREBY STIPULATED by and among the parties hereto as follows:

    1.    On September 1, 2022, the Plaintiffs and Defendants attended mediation and agreed to settle all the Plaintiffs' claims against all Defendants in this case.  The conditional settlement was subject to (1) resolution of any claims by not just plaintiffs, but all potential heirs / nominal defendants, (2) approval by the Los Angeles County Claims Board and Board of Supervisors, and (3) the Court's approval of petitions to approve the compromises of minors.

2.  On or about August 23, 2023, the Plaintiffs, Defendants, and Nominal Defendants jointly reached a full and final resolution of their respective claims.

3.  The matter is working its way through the process of obtaining approval by the Los Angeles County Claims Board and Board of Supervisors. Because of a backlog of matters, it is expected that it will take an additional three months to complete the approval process. Once the settlement is approved, the plaintiffs will have to file petitions for approval of the minor plaintiffs' compromises.

4.  The parties request that the Court continue the Status Conference re: Settlement from October 28, 2024, to February 24, 2025, to allow the parties additional time to finalize the settlement.

IT IS SO STIPULATED.

DATED: October 24, 2024            LAW OFFICES OF DALE K. GALIPO

                                    /s/ Dale K. Galipo
                             By:    _____
                                    Dale K. Galipo
                                    Shannon Leap
                                    Attorneys for Plaintiffs

DATED: October 24, 2024            CARPENTER, ROTHANS & DUMONT

                                    /s/ Jill Williams
                             By:    _____
                                    Jill Williams, Esq.
                                    Scott J. Carpenter, Esq.
                                    Attorneys for Defendants