UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-1527-DSF-KSx<br><br>**ORDER CONTINUING CONTINUE STATUS CONFERENCE RE SETTLEMENT** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the Status Conference re: Settlement is continued from October 28, 2024, to February 24, 2025, to allow the parties additional time to finalize the settlement.

IT IS SO ORDERED.

DATED: October 24, 2024

_____
Honorable Dale S. Fischer
United States District Judge

-1-