1  JILL WILLIAMS – State Bar No. 221793
   SCOTT J. CARPENTER – State Bar No. 253339
2  CARPENTER, ROTHANS & DUMONT
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA  90071
   (213) 228-0400 / (213) 228-0401 [Fax]
4  jwilliams@crdlaw.com / scarpenter@crdlaw.com

5  Attorneys for Defendants

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  MARCO ANTONIO VAZUEZ, SR.;        )  Case No.:  2:20-cv-1527-DSF-KSx
    LETICIA MOSQUEDA VAZQUEZ;         )
12  CHRISTINA ELENA VAZQUEZ;          )  JOINT STIPULATION TO
    MARIANA CONCEPCION                )  CONTINUE STATUS
13  VAZQUEZ; RAYLENE YVETTE           )  CONFERENCE RE SETTLEMENT
    COSIO; NAOMI MICHELLE COSIO;      )
14  CHRISTOPHER JOEL VAZQUEZ;         )
    J.L.V. AND M.A.V., by and through )  Current Date:
15  their guardian ad litem CHRISTINA )  Date: February 24, 2025
    ELENA VAZQUEZ,                    )  Time: 11:00 a.m.
16                                    )  Courtroom: 7
            Plaintiffs,               )
17                                    )  [Proposed] Continued Date:
        v.                            )  Date: June 23, 2025
18                                    )  Time: 11:00 a.m.
    COUNTY OF LOS ANGELES,            )  Courtroom: 7
19  SHERIFF ALEX VILLANUEVA;          )
    JONATHAN E. SHERIN, and DOES 1    )
20  through 10, inclusive,            )
                                      )
21          Defendants.               )
    _____   )

22       IT IS HEREBY STIPULATED by and among the parties hereto as follows:

23       1.    On September 1, 2022, the Plaintiffs and Defendants attended

24  mediation and agreed to settle all the Plaintiffs' claims against all Defendants in

25  this case.  The conditional settlement was subject to (1) resolution of any claims by

26  not just plaintiffs, but all potential heirs / nominal defendants, (2) approval by the

27  Los Angeles County Claims Board and Board of Supervisors, and (3) the Court's

28  approval of petitions to approve the compromises of minors.

                                   -1-

2.    On or about August 23, 2023, the Plaintiffs, Defendants, and Nominal Defendants jointly reached a full and final resolution of their respective claims.

3.    The matter is working its way through the process of obtaining approval by the Los Angeles County Claims Board and Board of Supervisors. Because of a backlog of matters, the process has taken longer than expected.  The matter is presently expected to be on the agenda for the Los Angeles County Claims Board in April 2025.  If the settlement is approved by the Claims Board, it will be placed on the agenda for the Board of Supervisors, usually within six weeks.  Once the settlement is approved, the plaintiffs will have to file petitions for approval of the minor plaintiffs' compromises.

4.    The parties request that the Court continue the Status Conference re: Settlement from February 24, 2025, to June 23, 2025, to allow the parties additional time to finalize the settlement.

IT IS SO STIPULATED.


DATED:  February 17, 2025          LAW OFFICES OF DALE K. GALIPO

                                   /s/ Renee Masongsong
                           By:     _____
                                   Dale K. Galipo
                                   Renee Masongsong
                                   Attorneys for Plaintiffs

DATED:  February 17, 2025          CARPENTER, ROTHANS & DUMONT


                                   /s/ Jill Williams
                           By:     _____
                                   Jill Williams, Esq.
                                   Scott J. Carpenter, Esq.
                                   Attorneys for Defendants

-2-

JOINT STIPULATION TO CONTINUE
STATUS CONFERENCE RE SETTLEMENT