1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>                Plaintiffs,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:  2:20-cv-1527-DSF-KSx<br><br>**[Proposed] ORDER CONTINUING CONTINUE STATUS CONFERENCE RE SETTLEMENT**<br><br>**Current Date:**<br>Date: February 24, 2025<br>Time: 11:00 a.m.<br>Courtroom: 7<br><br>**[Proposed] Continued Date:**<br>Date: June 23, 2025<br>Time: 11:00 a.m.<br>Courtroom: 7 |

    IT IS HEREBY ORDERED, following stipulation of counsel, that the Status Conference re: Settlement is continued from February 24, 2025, to June 23, 2025, to allow the parties additional time to finalize the settlement.

    IT IS SO ORDERED.

DATED: _____

                        Honorable Dale S. Fischer
                        United States District Judge

-1-