**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-1527-DSF-KSx <br><br> **ORDER CONTINUING CONTINUE STATUS CONFERENCE RE SETTLEMENT** <br><br> **Current Date:** <br> Date: February 24, 2025 <br> Time: 11:00 a.m. <br> Courtroom: 7D <br><br> **Continued Date:** <br> Date: June 30, 2025 <br> Time: 11:00 a.m. <br> Courtroom: 7D <br><br> **Note changes made by the court.** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the Status Conference re: Settlement is continued from February 24, 2025, to June 30, 2025, to allow the parties additional time to finalize the settlement.

IT IS SO ORDERED.

DATED: February 18, 2025        _____
                                               Honorable Dale S. Fischer
                                               United States District Judge

-1-