LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 92030
Tel: (626) 799-9375
Fax: (626) 799-9380

Dale K. Galipo, Esq. SBN 144074
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | Case No. 2:20-cv-1527-DSF-KSx<br><br>**DECLARATION OF CHRISTINA ELENA VAZQUEZ IN SUPPORT OF PETITION TO APPROVE COMPROMISE AND SETTLEMENT** |

# DECLARATION OF CHRISTINA ELENA VAZQUEZ

1. I, CHRISTINA ELENA VAZQUEZ, have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of the above application on behalf of my two minor children, J.L.V. and M.A.V.

2. I retained the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo to represent my children, J.L.V. and M.A.V. in their case against the County of Los Angeles.

3. I approved the settlement on behalf of my minor children, J.L.V. and M.A.V. I also approve of the advanced litigation costs and attorney's fees sought in this matter.

4. I understand that I am not entitled to any portion of my children's' settlement funds and that such funds belong completely to my minor children.

5. I request that the court approve the purchase of the annuity for the benefit of each minor child through MetLife for $118, 345.00. I understand, acknowledge, and agree that my children may not obtain funds from the annuity before they reach the age of majority, 18 years old. I propose the following payments each year for the necessities of the minors:

(a) J.L.V.

$50,000.00 - guaranteed lump sum payment at age 18 on 07/01/2034

$65,000.00 - guaranteed lump sum payment at age 20 on 07/01/2036

$82,939.39 - guaranteed lump sum payment at age 22 on 07/01/2038

(b) M.A.V.

$50,000.00 - guaranteed lump sum payment at age 18 on 08/26/2037

$75,000.00 - guaranteed lump sum payment at age 20 on 08/26/2039

$112,287.75 - guaranteed lump sum payment at age 22 on 08/26/2041

6. I propose the distribution of the settlement funds, in agreement with the adult plaintiffs, and also my children:

a) Christina Elena Vazquez - $900,000.00 and her attorneys

b) Mariana Concepcion Vazquez - $200,000.00 and her attorneys

c) Raylene Yvette Cosio - $200,000.00 and her attorneys

d) Naomi Michelle Cosio – $200,000.00 and her attorneys

e) J.L.V. – $200,000.00 and his attorneys

f) M.A.V. – $200,000.00 and his attorneys

g) Marco Antonio Vazquez, Sr. – $125,000.00 and his attorneys

h) Leticia Mosqueda Vazquez – $125,000.00 and her attorneys

i) Christopher Joel Vazquez – $100,000.00 and his attorneys

7. The reason for this proposed distribution is that I am currently indigent and need to provide for the immediate needs of my two minor children. I intend to use the funds to support the home for my minor children including sports registration fees, musical instruments and fees, I-Pads, cell phones, transportation fees, and school clothes, shoes and supplies. Additionally, Mariana Concepcion Vazquez, Raylene Yvette Cosio and Naomi Michelle Cosio still live with me as well and I intend to use the funds distributed to me to support and maintain my family and specifically Mariana, Raylene and Naomi and my minor children, J.L.V. and M.A.V.

8. I understand, acknowledge, and agree that my minor children may not obtain funds from the annuity before they reach the age of majority, 18 years old.

9. I have read the Unopposed Application for Approval of Compromise of the claims of M.J.S. and agree that the foregoing is true and correct and in the best interest of my children, J.L.V. and M.A.V.

10. I have no known or foreseeable interests adverse to the interests of J.L.V. and M.A.V. I have no claims against the minor plaintiffs in connection with the subject incident.

-3-
DECLARATION OF MARLENE OROZCO IN SUPPORT OF PETITION TO APPROVE COMPROMISE AND SETTLEMENT

1      11.   I declare the above under penalty of perjury under the laws of the State
2  of California.
3
4
5  Dated: 09 / 16 / 2025             *CL E.V.*
6                                  Christina Elena Vazquez

-4-
DECLARATION OF MARLENE OROZCO IN SUPPORT OF PETITION TO APPROVE COMPROMISE AND SETTLEMENT

Doc ID: 712a9a197ff270252a41f4b7e03f09754ce9b830