# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO:  2:20-cv-1527-DSF-KSx <br><br> **[PROPOSED] ORDER APPROVING MINOR'S COMPROMISE AND SETTLEMENT** <br><br> Hon. Dale S. Fischer |

**[PROPOSED] ORDER**

**APPROVING PETITION FOR COMPROMISE AND APPROVING SETTLEMENT**

    **THE COURT FINDS** that:

    That Petitioner Christina Elena Vazquez, mother and Guardian *Ad Litem* for the minor Plaintiffs, J.L.V. and M.A.V., has petitioned for Court approval of a proposed compromise and settlement in an action against the COUNTY OF LOS ANGELES.

    On or about February 14, 2020, Plaintiffs MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ, filed an action against Defendants in Federal Court in the Central District of California.

    The details of the action and Plaintiffs' alleged damages are set forth in the accompanying Petition for Order Approving Minors' Compromise.

    The Court finds that all notices required by law have been given.

    The Petition is granted and the proposed compromise of the pending action is approved.

    The value of the settlement in favor of Plaintiffs J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ is $400,000.00.

    The balance of the settlement available for J.L.V. is $118,345.00, after payments of attorney's fees (40.0%) [$80,000.00] and costs [$1,655.00].

    The balance of the settlement available for M.A.V. is $118,345.00, after payments of attorney's fees (40.0%) [$80,000.00] and costs [$1,655.00].

///

///

///

In addition, the amounts of $118,345.00 for J.L.V. and $118,345.00 for M.A.V. shall be used to purchase the annuities described in the Terms and Conditions of the Annuity for Plaintiffs J.L.V. and M.A.V.

Further Orders: _____

_____

_____

Dated:                                          UNITED STATES DISTRICT COURT

                                                _____
                                                District Court Judge Dale S. Fischer