# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>                    Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO:  2:20-cv-1527-DSF-KSx<br><br>ORDER APPROVING MINOR'S COMPROMISE AND SETTLEMENT |

     Petitioner Christina Elena Vazquez, mother and Guardian *Ad Litem* for the minor Plaintiffs, J.L.V. and M.A.V., has petitioned for Court approval of a proposed compromise and settlement in an action against the COUNTY OF LOS ANGELES.

     On or about February 14, 2020, Plaintiffs MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA

1

CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ, filed an action against Defendants in the United States District Court for the Central District of California.

The details of the action and Plaintiffs' alleged damages are set forth in the Petition for Order Approving Minors' Compromise.

The Court finds that all notices required by law have been given.

The Petition is granted and the proposed compromise of the pending action is approved.

The amount of the settlement in favor of Plaintiffs J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ, is $400,000.00.

The balance of the settlement available for J.L.V. is $118,345.00, after payments of attorney's fees (40.0%) [$80,000.00] and costs [$1,655.00].

The balance of the settlement available for M.A.V. is $118,345.00, after payments of attorney's fees (40.0%) [$80,000.00] and costs [$1,655.00].

The amounts of $118,345.00 for J.L.V. and $118,345.00 for M.A.V. must be used to purchase the annuities described in the Terms and Conditions of the Annuity for Plaintiffs J.L.V. and M.A.V.

No later than November 10, 2025, Plaintiffs' counsel are to file a status report confirming that the annuities described in the Terms and Conditions of the Annuity for Plaintiffs J.L.V. and M.A.V. have been purchased.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
Dale S. Fischer
U.S. District Judge