**OLIVER LAW CENTER, INC.**
Dana J. Oliver, Esq. (SBN 291082)
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021
Email: dana@danaoliverlaw.com

Attorneys for Nominal Defendants
M.E.V. and MARK ANTHONY VAZQUEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ, <br><br>Plaintiffs, <br>v. <br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive, <br><br>Defendants. | **Case No.** 2:20-cv-1527-DSF-KSx <br><br>**DECLARATION OF MARIAN MICHELLE VALVA** |

/ / /

# DECLARATION OF MARIAN MICHELLE VALVA

1. I, MARIAN MICHELLE VALVA, have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of the above application on behalf of my child M.E.V.

2. I retained the Oliver Law Center, Inc. to represent my child M.E.V.

3. I approved the settlement on behalf of my child, M.E.V. I also understand that no attorney's fees or litigation costs will be deducted from my child's settlement.

4. I understand that I am not entitled to any portion of my children's settlement funds and that such funds belong completely to my minor children.

5. I request that the court approve the deposit of the net amount in the minors blocked trust account. I understand, acknowledge, and agree that my children may not obtain funds from the annuity before they reach the age of majority, 18 years old.

6. I understand, acknowledge, and agree that my child may not obtain funds from the blocked account before they reach the age of majority, 18 years old.

7. I have read the Unopposed Application for Approval of Compromise of the claims of M.E.V. and agree that the foregoing is true and correct and in the best interest of my child M.E.V.

8. I have no known or foreseeable interests adverse to the interests M.E.V. I have no claims against the minor in connection with the subject incident.

9. I declare the above under penalty of perjury under the laws of the State of California.

Dated: October 2, 2025    By: _/s/ Marian M. Valva (Oct 2, 2025 10:04:21 PDT)_

MARIAN MICHELLE VALVA

DECLARATION OF MARIAN MICHELLE VALVA IN SUPPORT OF PETITION TO APPROVE COMPROMISE AND SETTLEMENT