UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V.,** by and through their guardian ad litem **CHRISTINA ELENA VAZQUEZ,**<br><br>**Plaintiffs,**<br><br>v.<br>**COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | Case No. 2:20-cv-1527-DSF-KSx<br><br>**ORDER RE: UNOPPOSED EX PARTE PETITION FOR ORDER APPROVING MINORS' COMPROMISE** |

The Court, having reviewed the Ex Parte Petition for Approval of Minor's Compromise filed on behalf of minor Nominal Defendant and Counterclaimant, M.E.V., by and through her Guardian ad Litem, Marian Michelle Valva, and good cause appearing, orders as follows:

**FINDINGS**

1. Petitioner Marian Michelle Valva is the mother and duly appointed guardian ad litem of minor M.E.V.

2. The gross amount allocated to minor M.E.V. under the settlement is $10,000.00.

3. No attorney's fees or litigation costs shall be deducted from the minor's settlement; counsel for the minor has already been fully compensated under a separate hourly retainer agreement and will not seek or receive any compensation from the proceeds of this compromise.

4. The settlement and proposed distribution are fair, reasonable, and in the best interests of the minor.

**ORDERS**

1. The compromise of the claim of minor M.E.V. is APPROVED.

2. The entire $10,000.00 allocated to M.E.V. shall be deposited into a blocked account in the name of the minor at a federally insured financial institution (the "Blocked Account").

3. Petitioner must open the Blocked Account and deposit the funds within 15 days of receipt of settlement funds.

4. Petitioner must file a receipt from the depository institution confirming establishment of the Blocked Account and deposit of the funds (or equivalent declaration with bank confirmation) within 30 days after deposit.

5. No withdrawals of principal or interest may be made from the Blocked Account without a further order of this Court until the minor attains the age of 18 years, at

which time the depository shall pay the funds directly to the former minor upon presentation of proof of age.

6. Bond is waived for the guardian ad litem.

7. Petitioner is authorized to execute any documents reasonably necessary to carry out this Order.

8. The Court retains jurisdiction to enforce and, if necessary, modify this Order.

IT IS SO ORDERED.

Dated: October 3, 2025            _____
                                   Dale S. Fischer
                                   United States District Judge