1 | **JILL WILLIAMS – State Bar No. 221793**
2 | **SCOTT J. CARPENTER – State Bar No. 253339**
  | **CARPENTER, ROTHANS & DUMONT**
3 | 500 S. Grand Avenue, 19th Floor
  | Los Angeles, CA  90071
4 | (213) 228-0400 / (213) 228-0401 [Fax]
  | jwilliams@crdlaw.com / scarpenter@crdlaw.com
5 | Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-1527-DSF-KSx<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE RE SETTLEMENT**<br><br>**Current Date:**<br>Date: October 27, 2025<br>Time: 11:00 a.m.<br>Courtroom: 7<br><br>**[Proposed] Continued Date:**<br>Date: December 15, 2025<br>Time: 11:00 a.m.<br>Courtroom: 7 |

   IT IS HEREBY STIPULATED by and among the parties hereto as follows:

   1.   On September 1, 2022, the Plaintiffs and Defendants attended mediation and agreed to settle all the Plaintiffs' claims against all Defendants in this case.  The conditional settlement was subject to (1) resolution of any claims by not just plaintiffs, but all potential heirs / nominal defendants, (2) approval by the Los Angeles County Claims Board and Board of Supervisors, and (3) the Court's approval of petitions to approve the compromises of minors.

2. On or about August 23, 2023, the Plaintiffs, Defendants, and Nominal Defendants jointly reached a full and final resolution of their respective claims.

3. The settlement has been approved by the County of Los Angeles. In addition, the plaintiffs and minor nominal defendants have filed petitions for approval of the minors' compromises, which have been granted. See Dkt. 127, 129. The County of Los Angeles is in the process of preparing settlement checks, which are expected to be sent to the plaintiffs by the end of October 2025. Once the settlement checks have been delivered and deposited, the parties will file a stipulation to dismiss the action.

4. In light of the foregoing, the parties request that the Court continue the Status Conference re: Settlement from October 27, 2025, to December 15, 2025, to allow the parties additional time to finalize the settlement.

IT IS SO STIPULATED.

DATED: October 21, 2025            LAW OFFICES OF DALE K. GALIPO

                                   /s/ Renee Masongsong
                               By: _____
                                   Dale K. Galipo
                                   Renee Masongsong
                                   Attorneys for Plaintiffs

DATED: October 21, 2025            CARPENTER, ROTHANS & DUMONT

                                   /s/ Jill Williams
                               By: _____
                                   Jill Williams, Esq.
                                   Scott J. Carpenter, Esq.
                                   Attorneys for Defendants