JILL WILLIAMS – State Bar No. 221793
SCOTT J. CARPENTER – State Bar No. 253339
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>      Plaintiffs,<br>   v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>      Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.:  2:20-cv-1527-DSF-KSx<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  All parties to bear their own attorney's fees and costs.

-1-

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

DATED: November 3, 2025          LAW OFFICES OF DALE K. GALIPO

                                 /s/ Renee Masongsong
                           By:   _____
                                 Dale K. Galipo
                                 Renee Masongsong
                                 Attorneys for Plaintiffs

DATED: November 3, 2025          CARRILLO LAW FIRM, LLP

                                 /s/ Michael Carrillo
                           By:   _____
                                 Luis Carrillo
                                 Michael Carrillo
                                 Attorneys for Plaintiffs

DATED: November 3, 2025          CARPENTER, ROTHANS & DUMONT

                                 /s/ Jill Williams
                           By:   _____
                                 Jill Williams, Esq.
                                 Scott J. Carpenter, Esq.
                                 Attorneys for Defendants

DATED: November 3, 2025          OLIVER LAW CENTER, INC.

                                 /s/ Dana Oliver
                           By:   _____
                                 Dana Oliver
                                 Attorneys for Nominal Defendants

<u>Local Rule 5-4.3.4</u>

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.