JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZQUEZ, SR.; LETICIA MOSQUEDA VAZQUEZ; CHRISTINA ELENA VAZQUEZ; MARIANA CONCEPCION VAZQUEZ; RAYLENE YVETTE COSIO; NAOMI MICHELLE COSIO; CHRISTOPHER JOEL VAZQUEZ; J.L.V. AND M.A.V., by and through their guardian ad litem CHRISTINA ELENA VAZQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; JONATHAN E. SHERIN, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 2:20-cv-1527-DSF-KSx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: November 5, 2025

_____
Honorable Dale S. Fischer
United States District Judge